AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Tyler Campanella

*Defendant*

)
) Case: 1:24-mj-00028
) Assigned To : Judge Moxila A. Upadhyaya
) Assign. Date : 1/26/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tyler Campanella   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment           ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(B)- Entering and Remaining in the Gallery of Congress;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   01/26/2024                                              *M.A. Upa[signature]*
                                                             *Issuing officer's signature*

City and state:   Washington, D.C.                           Moxila A. Upadhyaya
                                                             *Printed name and title*

---

### Return

This warrant was received on *(date)*  1-26-24 , and the person was arrested on *(date)*  04-17-24
at *(city and state)*  New York, New York  .

Date:  04-17-24                                               *[signature]*
                                                             *Arresting officer's signature*

                                                             Detective Miguel Soto
                                                             *Printed name and title*