UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>  )<br>    v.                                  )<br>  )<br>**TYLER CAMPANELLA**,              )<br>  )<br>    Defendant.                      )<br>  ) | Case No: 1:24-cr-00228-LLA<br><br>Status Hearing: Dec. 18, 2024 |

### DEFENDANT'S MOTION TO CONTINUE THE STATUS HEARING

Defendant hereby moves to continue the Status Hearing currently scheduled for December 18, 2024 to January 31, 2025, and in support thereof states as follows:

A. This Court scheduled a Status Hearing for December 18, 2024.

B. While the Defense has no objection to proceeding to notify the Court of the status of the case on December 18, 2024, the hearing may be an uneconomic use of the Court's time based on recent developments.

C. Mr. Campanella, who was a nonviolent entrant into the Capitol on January 6, is expecting to be relieved of the criminal prosecution that he is currently facing as soon as the new administration takes office on January 20, 2025. "I'm going to be acting very quickly. First day," President-elect Trump stated of his intention to issue pardons to January 6 defendants in an interview with NBC News on December 8, 2024.[1]

---

[1] Ryan J. Reilly, *Trump will 'most likely' pardon Capitol rioters on Day 1 and says Jan. 6 committee members should be jailed*, NBC News (Dec. 8, 2024), https://www.nbcnews.com/politics/donald-trump/trump-will-likely-pardon-capitol-rioters-day-1-says-jan-6-committee-me-rcna183275.

D. Mr. Campanella's case is still in the early post-indictment stages, with no trial date set. Mr. Campanella pleaded Not Guilty to each count of his Indictment, fully contests the charges against him, and intends to file pretrial motions and motions *in limine,* should the case proceed to trial. However, such motions would become moot and unnecessary if President-elect Trump will be granting clemency in this matter.

E. President-elect Trump takes office five weeks after the scheduled status hearing for Mr. Campanella's case. Mr. Campanella therefore seeks a continuance to a date after President Trump takes office, as it would be uneconomic use of the parties' and the Court's time to proceed to hearing next week under the circumstances described herein.

F. On November 14, 2024, in *United States v. Hunt, at. al.*, 1:24-cr-00154-CJN, Judge Nichols considered the issue of scheduling a trial under the circumstances of a potential pardon, before President-elect Trump made post-election statements reaffirming his commitment to pardoning January 6 defendants. "Can the government guarantee if I set this case for trial after January 20th that we will be trying a case," Judge Nichols asked the Government without any preliminary prompts or allusions to that effect from the Defense. The Government responded that there is "uncertainty" as to the situation and it could give no such guarantee. Judge Nichols scheduled a Spring trial date based on his calendar and also in consideration of the potential intervention from the new administration, "to obviate the need for potentially wasteful motions." Accordingly, Judge Nichols made pretrial motions due, "almost four weeks after the inauguration," to provide "some buffer between [the motions due dates] and the inauguration."[2]

---

[2] Undersigned counsel can submit a transcript of the proceedings in *United States v. Hunt, et. al.* to the Court upon request.

G. Based on the reasoning provided herein, Mr. Campanella believes that a continuance serves at the ends of justice and the interests of all parties.

H. Mr. Campanella fully understands his Speedy Trial Act rights and knowingly and voluntarily agrees to toll the speedy trial clock during the period of the continuance, through January 31, 2025. The tolling is in the interest of justice, the defendant, and the public.

WHEREFORE, Mr. Campanella asks this Court to continue the Status Hearing to January 31, 2025.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on December 8, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.

