UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TYLER CAMPANELLA,

*Defendant*.

Criminal Action No. 24-228 (LLA)

**ORDER**

On September 25, 2024, Defendant Tyler Campanella was indicted on multiple charges in connection with his participation in the riot at the U.S. Capitol on January 6, 2021. ECF No. 19. The court has scheduled a status conference for December 18, 2024. Minute Order (Nov. 12, 2024). Mr. Campanella now requests that the court reschedule the status conference for January 31, 2025. ECF No. 24. He argues that holding the status conference on its current date "may be an uneconomic use of the Court's time" because "President-elect Trump stated . . . his intention to issue pardons to January 6 defendants" shortly after taking office. *Id.* at 1.

Mr. Campanella's motion is **DENIED**. As other judges in this district have explained, "[w]hatever the President-elect may or may not do with respect to some of those charged at the Capitol on January 6, 2021, is irrelevant to the Court's independent obligations and legal responsibilities under Article III of the Constitution." *United States v. Baez*, No. 21-CR-507, ECF No. 121, Order (D.D.C. Nov. 19, 2024); *see United States v. Lichnowski*, No. 23-CR-341, ECF No. 73, Order (D.D.C. Nov. 7, 2024) (explaining that "the potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial Branch"); *see also, e.g.*, *United States v.*

*Carnell*, No. 23-CR-139, Minute Order (D.D.C. Nov. 6, 2024); *United States v. Bosch*, No. 24-CR-210, Minute Order (D.D.C. Nov. 7, 2024); *United States v. Baker*, No. 24-CR-121, Minute Order (D.D.C. Nov. 11, 2024); *United States v. Allen*, No. 23-CR-261, Minute Order (D.D.C. Nov. 12, 2024); *United States v. Johnson*, No. 24-CR-141, Minute Order (D.D.C. Nov. 13, 2024); *United States v. Fuller*, No. 23-CR-209, ECF No. 101, Order (D.D.C. Nov. 21, 2024).  The December 18, 2024 status conference will proceed as scheduled.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   December 17, 2024