## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES

v.                                            Criminal Action No. 24-228 (LLA)

TYLER CAMPANELLA,

*Defendant.*

## ORDER

This matter is before the court on the United States' Motion to Dismiss. ECF No. 27. Defendant Tyler Campanella consents to the motion. ECF No. 28. Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Superseding Indictment, ECF No. 19, is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**. The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   January 27, 2025